PROB 12C
(7/93)

# United States District Court
## for
## Middle District of Alabama

### Petition for Warrant of Summons for Offender Under Supervision

RECEIVED
2007 APR 23 P 2:54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Name of Offender: Jerry Wayne Bassett           Case Number: 2:07cr00056-MEF

Name of Original Sentencing Judicial Officer: The Honorable Robert Junell, United States District Judge (WD/TX)

Name of Assigned Judicial Officer: The Honorable Mark E. Fuller, Chief United States District Judge

Date of Original Sentence: October 20, 2003

Original Offense: Possession with Intent to Distribute Marijuana

Original Sentence: 51 months followed by three (3) years of supervised release

Type of Supervision: Supervised Release   Date Original Supervision Commenced: July 7, 2006

Assistant U.S. Attorney:                                Defense Attorney:

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1 -Modified Condition: "The defendant shall reside in a community corrections facility maintained under contract to the Bureau of Prisons for a term of six (6) months and shall comply with the rules of that facility." | Jerry Wayne Bassett has failed to complete and comply with the rules of the community corrections facility (Bannum). Bassett entered the community corrections facility in Montgomery, Alabama on March 3, 2007. On April 19, 2007, Bassett returned to the facility from work under the influence of alcohol. He registered a .099% on an alcohol test.<br><br>On April 23, 2007, Bassett was terminated from the community corrections facility for failing to adhere to the policy of no alcohol consumption. |
| Viol. 2 -Additional Condition #2: "The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision." | On April 19, 2007, Bassett registered a .099% on a alcohol test given to him by staff at the community corrections center in Montgomery, Alabama.<br><br>On April 23, 2007, Bassett verbally admitted to consuming three (3) 16 ounce Beers on April 19, 2007. |

On January 16, 2007, sentencing United States District Judge Robert Junell (WD/TX) signed an order modifying the conditions of the offender's supervised release to include a six (6) month placement at the community corrections center after he tested positive for the use of cocaine on December 1, 2006 and December 7, 2006. Bassett also tested positive for the use of marijuana on December 7, 2006. As noted, Bassett entered the community corrections facility on March 3, 2007.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
    [X]   revoked.
    [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 23, 2007__

*James Chappell* (signature)
James Chappell
United States Probation

Reviewed and approved: _(signature)_
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

                        Signature of Judicial Officer

                        Date