AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

V.

JERRY WAYNE BASSETT

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 2:07CR56-MEF

I, _____Jerry Wayne Bassett_____, charged in a ☐ complaint ☒ petition pending in this District _____violation of supervised release_____

in violation of _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a     ☐ examination   ☐ hearing  , do hereby waive (give up) my right to a preliminary ☒ examination  ☐ hearing.

_Jerry Bassett_
Defendant

4/27/03
Date

_____
Counsel for Defendant