IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07-cr-56-MEF |
| ) | |
| JERRY WAYNE BASSETT ) | |

**UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING**

COMES NOW the Defendant, Jerry Wayne Bassett, by and through his undersigned counsel, Jennifer A. Hart, and hereby moves this Honorable Court to continue the final revocation hearing in this matter, which is presently scheduled for May 11, 2007.  In support of this Motion, Defendant states the following:

1. On April 23, 2007, United States Probation Officer James Chappell filed a Petition for Revocation of Supervised Release in which he asserts that Mr. Bassett's term of supervised release should be revoked.

2. A preliminary hearing and final revocation hearing is scheduled for May 11, 2007 before the Honorable Mark E. Fuller, Chief United States District Court Judge.

3. The Federal Defenders' investigator and U.S. Probation Officer need additional time to find a suitable inpatient rehabilitation center for Mr. Bassett.

4. Neither the Government nor the Probation Officer has an objection to the requested continuance.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests that the previously scheduled May 11, 2007 final revocation hearing be continued.

Dated this 8th day of May, 2007.

                                        Respectfully submitted,

                                        s/Jennifer A. Hart
                                        **JENNIFER A. HART**
                                        FEDERAL DEFENDERS
                                        MIDDLE DISTRICT OF ALABAMA
                                        201 Monroe Street, Suite 407
                                        Montgomery, AL 36104
                                        Phone: (334) 834-2099
                                        Fax: (334) 834-0353
                                        jennifer_hart@fd.org
                                        AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris

      Respectfully submitted,

      s/Jennifer A. Hart
      **JENNIFER A. HART**
      FEDERAL DEFENDERS
      MIDDLE DISTRICT OF ALABAMA
      201 Monroe Street, Suite 407
      Montgomery, AL 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      jennifer_hart@fd.org
      AL Bar Code: HAR189