IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-056-MEF |
| | ) | |
| JERRY WAYNE BASSETT | ) | |

# **O R D E R**

Upon consideration of the defendant's Unopposed Motion to Continue Revocation Hearing (Doc. #12) filed on May 8, 2007, it is hereby

ORDERED that the motion is GRANTED. The revocation hearing set for May 11, 2007 is continued to May 30, 2007 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 9th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE