UNITED STATES GOVERNMENT
# MEMORANDUM

**TO:** The Honorable Mark E. Fuller
Chief United States District Judge

**REPLY TO ATTN OF:** David Ron Thweatt
Supervisory U. S. Probation Officer

**SUBJECT:** **BASSETT, Jerry Wayne**
**DOCKET NO. 2:07cr56-MEF**
**Unopposed Motion to Continue Revocation Hearing Generally**

**DATE:** May 23, 2007

On April 23, 2007, a petition was filed seeking revocation of Mr. Bassett's supervised release due to his failing to complete and comply with the rules of the community corrections center and for failing to abstain from the use of alcohol. Your Honor issued a warrant and Mr. Bassett was taken into custody on April 23, 2007. He remains in custody and a revocation hearing was initially set on May 11, 2007. The Court granted defense counsel's unopposed motion to continue the hearing in order to allow the Federal Defenders' investigator and the probation officer an opportunity to investigate placement in an inpatient treatment facility. Mr. Bassett's revocation hearing is currently set for May 30, 2007.

The Federal Defenders' investigator has reported that the defendant can be placed at the Aletheia House in Birmingham, Alabama, which is a long term drug treatment facility. This officer has verified that the Aletheia House is holding a space for Mr. Bassett should Your Honor allow him to enter the program. According to defense counsel, Mr. Bassett is willing to seek treatment through the Aletheia House. The program which Mr. Bassett would enter could last up to one (1) year, with the first sixty (60) days being in the intensive inpatient program. Upon completion of the inpatient portion of the program, Mr. Bassett would be placed in the transitional housing component where he would be allowed to work and attend outpatient treatment classes.

It is recommended that Mr. Bassett's revocation hearing be continued generally in order to allow him to seek treatment through the Aletheia House. Government and defense counsel have voiced no objections to a continuation in order to allow Mr. Bassett to attend the treatment program. The Federal Defenders Office has also advised that they can transport Mr. Bassett to the Aletheia House on Thursday, May 24, 2007. It is recommended that Mr. Bassett be released from the custody of the U.S. Marshals Service on May 24, 2007 to be transported to the Aletheia House.

Respectfully submitted,

/s/ David Ron Thweatt
David Ron Thweatt
Supervisory U. S. Probation Officer

**MOTION GRANTED**
THIS 24th DAY OF May, 2007
/s/ MARK E. FULLER
UNITED STATES DISTRICT JUDGE