IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07-cr-56-MEF |
| ) | |
| JERRY WAYNE BASSETT ) | |

**ORDER ON MOTION**

Upon consideration of Defendant's Motion to Substitute Counsel (Doc. #16), it is

ORDERED that the motion (Doc. #16) is GRANTED. Attorney Michael J. Peterson of the Federal Defender Program, Inc., Middle District of Alabama, is substituted as counsel of record for the Defendant, due to attorney Jennifer A. Hart's resignation from the Federal Defender office.

DONE this 30th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE