# United States District Court
## for
## Middle District of Alabama

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jerry Wayne Bassett                                Case Number: 2:07cr00056-MEF

Name of Original Sentencing Judicial Officer: The Honorable Robert Junell, United States District Judge (WD/TX)

Name of Assigned Judicial Officer: The Honorable Mark E. Fuller, Chief United States District Judge

Date of Original Sentence: October 20, 2003

Original Offense: Possession with Intent to Distribute Marijuana

Original Sentence: 51 months followed by three (3) years of supervised release

Type of Supervision: Supervised Release    Date Original Supervision Commenced: July 7, 2006

Assistant U.S. Attorney: Clark Morris                          Defense Attorney: Michael Petersen

## PETITIONING THE COURT

[ ]   To issue a warrant
[ ]   To issue a summons
[X]   To amend petition (doc. #18) filed on November 2, 2007

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1 - Modified Condition: "The defendant shall reside in a community corrections facility maintained under contract to the Bureau of Prisons for a term of six (6) months and shall comply with the rules of that facility." | Jerry Wayne Bassett has failed to complete and comply with the rules of the community corrections facility (Bannum). Bassett entered the community corrections facility in Montgomery, Alabama on March 3, 2007. On April 19, 2007, Bassett returned to the facility from work under the influence of alcohol. He registered a .099% on an alcohol test.<br><br>On April 23, 2007, Bassett was terminated from the community corrections facility for failing to adhere to the policy of no alcohol consumption. |
| Viol. 2 - Additional Condition #2: "The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision." | On April 19, 2007, Bassett registered a .099% on a alcohol test given to him by staff at the community corrections center in Montgomery, Alabama.<br><br>On April 23, 2007, Bassett verbally admitted to consuming three (3) 16 ounce Beers on April 19, 2007. |

| | |
|---|---|
| Viol. 3 -Additional Condition #2: "The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision." | On November 1, 2007, at approximately 7:00 p.m., Bassett was observed by this officer drinking a beer at the SpringVilla Bar and Grill, located in rural Lee County, Alabama. Bassett was in such an intoxicated state that this officer had to transport him to his residence. Bassett verbally admitted he was intoxicated and had been drinking beer all afternoon. |
| Viol. 4-Additional Condition #3: "The defendant shall participate in a program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol." | On November 16, 2007, U.S. Probation Officer Marcus Simmons attempted to collect a urine specimen from Bassett for purposes of drug testing. Bassett refused to submit a sample. |

U.S. Probation Officer Recommendation:

[X]    The term of supervision should be
      [X]    revoked.
      [ ]    extended for _ years, for a total term of _ years.

[ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 16, 2007

/s/ James Chappell
James Chappell
United States Probation

Reviewed and approved:    /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     That petition (doc. #18) filed on November 2, 2007,  is hereby amended.
[ ]     Other

_____
Signature of Judicial Officer

_____
Date