IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07cr056-MEF |
| | ) | |
| JERRY WAYNE BASSETT | ) | |

# **O R D E R**

It is hereby ORDERED that a revocation hearing is set on December 17, 2007 at 2:00 P.M. at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 21st day of November, 2007.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE