AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__                District of                __ALABAMA__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| JERRY WAYNE BASSETT | Case Number:    2:07CR56-MEF-01 |
|  | USM Number:    25195-180 |
|  | Michael Petersen |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) __1 - 4 of the violations report__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall reside in a community corrections facility maintained under contract to BOP for 6 months and shall comply with the rules of that facility. | 4/23/2007 |
| 2 | Defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision | 4/23/2007 |
| 3 | Defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision | 11/1/2007 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.:  000/00/4119 | December 17, 2007 |
|---|---|
| Defendant's Date of Birth:  1963 | Date of Imposition of Judgment |
|  | _Signature of Judge_ |
| Defendant's Residence Address: | |
| Opelika, Alabama | MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE |
|  | Name and Title of Judge |
|  | 17 December 2007 |
|  | Date |
| Defendant's Mailing Address: | |
| Opelika, Alabama | |

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1A

|  | Judgment Page 2 of 3 |
|---|---|
| DEFENDANT:    JERRY WAYNE BASSETT | |
| CASE NUMBER:  2:07CR56-MEF-01 | |

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | Defendant shall participate in a program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol | 11/16/07 |

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page  3  of  3

| DEFENDANT: | JERRY WAYNE BASSETT |
|---|---|
| CASE NUMBER: | 2:07CR56-MEF-01 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Eleven (11) months.

X   The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where drug and alcohol treatment is available.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

  ☐   at _____   ☐ a.m.   ☐ p.m.   on _____ .

  ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐   before 2 p.m. on _____ .

  ☐   as notified by the United States Marshal.

  ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

  Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
   DEPUTY UNITED STATES MARSHAL